USA v Cathi Durbin

03-CR-471-11

## ORDER OF COURT

Pursuant to the above motion, **IT IS HEREBY ORDERED** that the defendant's term of supervised release be reduced by one year.  Her new expiration date is now May 11, 2007.

**DATED** this ___31st___ day of May, 2006.

_____
The Honorable James A. Redden
Senior U.S. District Judge

*ORDER—DURBIN, CATHY, Page 2*